Fernando D. Vargas, Esq. (*State Bar Number: 129284*)
Donald W. Matejka, Esq. *(State Bar Number: 189911)*
**LAW OFFICES OF FERNANDO D. VARGAS**
9411 Haven Avenue, Suite 203
Rancho Cucamonga, California 91730
Telephone: (909) 982-0707
Facsimile: (909) 982-7182

Attorney for Plaintiff, Ruben Macias

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| RUBEN MACIAS, | CASE NO. |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY and DOES 1 through 10, Inclusive | **COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT 28 U.S.C. §§ 1346(b), et seq.** |
| Defendant. | |

Plaintiff RUBEN MACIAS, complaining against defendants, UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY and DOES 1 through 10, alleges:

### NATURE OF ACTION

This is an action brought against UNITED STATES OF AMERICA, the employer of the responsible agency and legal owner of defendant's vehicle, DEPARTMENT OF HOMELAND SECURITY, pursuant to the Federal Tort Claims Act as a consequence of torts committed by DEPARTMENT OF HOMELAND SECURITY, a government agency of the United States of America.

## JURISDICTION

1.    The jurisdiction of the court is based upon the Federal Tort Claim Act, 28 U.S.C. §§ 1346(b), 2671-2680 and 28 U.S.C. § 1331.

2.    Plaintiff at all times herein is and was a citizen of the United States. Plaintiff was a resident of the State of California, County of Riverside at the time of the incident.

3.    Plaintiff filed a timely administrative claim with the United States Government on June 5, 2018. The claim was not accepted nor denied by the defendant.

4.    The amount in controversy exceeds $75,000.00.

## VENUE

5.    Venue is proper under 28 U.S.C. § 1402(b), because the accident which is the subject of this complaint occurred in this judicial district.

## CLAIM FOR RELIEF

6.    Defendant is the UNITED STATES OF AMERICA, who controls the defendant agency, Department of Homeland Security at the time of the accident herein complained of.

7.    Defendant DEPARTMENT OF HOMELAND SECURITY was the legal owner of the vehicle driven by one of its agents at the time of the subject incident.

8.    Plaintiff is ignorant of the true names and capacities of defendants named herein as DOES 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereupon alleges, that each of the fictitiously named defendants is negligently responsible in some manner for the occurrences herein alleged, and plaintiffs' injuries as herein alleged were proximately caused by the negligence of these defendants.

9.    Plaintiff was injured by the negligent driving of the agent of the Department of Homeland Security, while in the course and scope of his employment with the United States of America. Plaintiff was also the legal owner of the vehicle involved in the subject incident. As a result of the incident, Plaintiff's vehicle sustained major damage.

10.    At all times herein mentioned, the UNITED STATES OF AMERICA and DOES 1 through 10, Inclusive, and each of them, owned, operated, maintained or controlled the actions of its

employees while on duty and in particular the negligent actions of Defendant, DEPARTMENT OF HOMELAND SECURITY.

11.    That on April 17, 2018, an agent of defendant, DEPARTMENT OF HOMELAND SECURITY drove its vehicle at an unsafe speed causing the agent to strike the rear of the vehicle driven and owned by Plaintiff, RUBEN MACIAS.  As a result of the subject incident, Plaintiff suffered the injuries and damages herein described.

12.    As a proximate result of the negligence of the defendants, and each of them, Plaintiff RUBEN MACIAS, was caused to be seriously injured.  Plaintiff, RUBEN MACIAS suffered medical costs and great pain of body and mind and has incurred or will need to incur in the future expenses for medical attention and care far in excess of $75,000.00.

13.    Plaintiff respectfully demands a Jury Trial.

WHEREFORE, Plaintiff respectfully prays for judgment against the defendants as follows:

1.    As to Plaintiff RUBEN MACIAS for damage in the sum of $1,000,000 plus interest and costs.

2.    For such other and further relief as the Court may deem just and proper.

Dated: March 30, 2020                     **LAW OFFICES OF FERNANDO D. VARGAS**

By: */s/Fernando D. Vargas*
FERNANDO D. VARGAS, ESQ.
Attorney for RUBEN MACIAS

**COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT 28 U.S.C. §§ 1346(b), et seq.**